```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GOODMAN, *et al.*,

                            Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                            Defendants.

No. 10 Civ. 5236 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully requested to close this case.

SO ORDERED.

Dated: January 17, 2014
       New York, New York

                                                          _____
                                                          RICHARD J. SULLIVAN
                                                         UNITED STATES DISTRICT JUDGE